**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA**

**CASE NO.: 8:26-cv-2947**

JONPAUL MARCEL NADEAU,

Plaintiff,

v.

TOP VILLAS LLC,

Defendant.

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

## (INJUNCTIVE RELIEF DEMANDED)

Plaintiff JONPAUL MARCEL NADEAU by and through his undersigned counsel, brings this Complaint against Defendant TOP VILLAS LLC for damages and injunctive relief, and in support thereof states as follows:

## SUMMARY OF THE ACTION

1. Plaintiff JONPAUL MARCEL NADEAU ("Nadeau") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. §106, to copy and distribute Nadeau's original copyrighted Works of authorship.

2. Nadeau is the owner and principal photographer of Aremac Photography, located in South Florida. Nadeau specializes in high quality interior and exterior photography, aerial footage, short HD films, and floor plans. He provides a detailed and customized finished product to every client. Nadeau has

over 7 years experience working in the industry, and working alongside his mentor, he now expands his horizons to 3D tours and film.

3. Defendant TOP VILLAS LLC ("Top Villas" or "Defendant") is a Florida-based company specializing in quality villa accommodations and personalized guest experiences. At all times relevant herein, Top Villas owned and operated the internet website located at the URL https://www.thetopvillas.com/en_us (the "Website").

4. Nadeau alleges that Top Villas copied Nadeau's copyrighted Works from the internet in order to advertise, market and promote its business activities. Top Villas committed the violations alleged in connection with its business for purposes of advertising and promoting sales to the public in the course and scope of the Top Villas' business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Top Villas is subject to personal jurisdiction in Florida.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Top

Villas engaged in infringement in this district, Top Villas resides in this district, and Top Villas is subject to personal jurisdiction in this district.

**DEFENDANT**

9. Top Villas LLC is a Florida Limited Liability Company, with its principal place of business at 205 Town Center Boulevard, Davenport, FL, 33896, and can be served by serving its Registered Agent, Thomas Mannings, at the same address.

**THE COPYRIGHTED WORKS AT ISSUE**

10. The below table details the Copyright Titles, Registration Numbers, and Effective Date of Registration of Plaintiff's copyright protected images at issue in this action. Plaintiff's copyright-protected images are shown below the chart and are collectively referred to herein as the "Works."

| **Title** | **Registration Date** | **Registration Number** |
|---|---|---|
| DJI_0921 | April 17, 2025 | VA 2-448-146 |
| DJI_0011 | April 14, 2025 | VA 2-446-950 |
| DJI_0015 | April 14, 2025 | VA 2-446-950 |
| DJI_0030 | April 14, 2025 | VA 2-446-950 |
| DJI_0182 | April 14, 2025 | VA 2-446-950 |



**DJI_0921**



**DJI_0011**



**DJI_0015**



**DJI_0030**



**DJI_0182**

11. Copies of the Works are attached hereto as **Exhibit 1**. Copies of the Registration Certificates are attached hereto as **Exhibit 2**.

12. Nadeau's Works are protected by copyright but are not otherwise proprietary or trade secrets. The perspective, orientation, positioning, lighting, and other details of the Works are entirely original and creative. As such, the Works qualify as subject matter protectable under the Copyright Act.

13. Nadeau registered the work with the title "DJI_0921" with the Register of Copyrights on April 17, 2025, and was assigned the registration number VA 2-448-146. The remaining four Works were registered with the

Register of Copyrights on April 14, 2025 and were assigned registration number VA 2-446-950. The Certificates of Registration are attached hereto as **Exhibit 2**.

14. At all relevant times Nadeau was the exclusive owner of the copyrighted Works.

## INFRINGEMENT BY TOP VILLAS

15. Top Villas has never been licensed to use the Works for any purpose.

16. On a date after the Works at issue in this action were created, but prior to the filing of this action, Top Villas copied the Works.

17. On or about January 6, 2026, Nadeau learned of the unauthorized use of his Works on the Website[1].

18. Top Villas copied Nadeau's copyrighted Works without Nadeau's permission.

19. After Top Villas copied the Works, it made further copies and distributed the Works on the internet to promote the sale of goods and services as part of its villa rental business.

20. Top Villas copied and distributed Nadeau's copyrighted Works in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

[1] The specific URL where the infringements appeared is https://www.thetopvillas.com/destination/pompano-beach.

21. Top Villas committed copyright infringement of the Works as evidenced by the documents attached hereto as **Exhibit 3**.

22. Nadeau never gave Top Villas permission or authority to copy, distribute or display the Works for any purpose.

23. Nadeau notified Top Villas of the allegations set forth herein on January 7, 2026 and March 10, 2026. To date, the parties have failed to resolve this matter.

## COUNT I
## COPYRIGHT INFRINGEMENT

24. Nadeau incorporates the allegations of paragraphs 1 through 23 of this Complaint as if fully set forth herein.

25. Nadeau owns valid copyrights in the Works.

26. Nadeau registered the Works with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

27. Top Villas copied, displayed, and distributed the Works on the Website and made derivatives of the Works without Nadeau's authorization in violation of 17 U.S.C. § 501.

28. Top Villas performed the acts alleged in the course and scope of its business activities.

29. Defendant's acts were willful.

30. Nadeau has been damaged.

31. The harm caused to Nadeau has been irreparable.

WHEREFORE, the Plaintiff JONPAUL MARCEL NADEAU prays for judgment against the Defendant TOP VILLAS LLC that:

a. Top Villas and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. Top Villas be required to pay Nadeau his actual damages and Defendant's profits attributable to the infringement, or, at Nadeau's election, statutory damages, as provided in 17 U.S.C. § 504;

c. Nadeau be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Nadeau be awarded pre- and post-judgment interest; and

e. Nadeau be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Nadeau hereby demands a trial by jury of all issues so triable.

Dated: September 24, 2026 Respectfully submitted,

*/s/ George N. Colville*
GEORGE N. COLVILLE

Bar Number: 1060046
george.colville@sriplaw.com

**SRIPLAW, P. A.**
41 Madison Avenue
25th Floor
New York, New York 10010
786.297.8709 – Telephone
561.404.4353 – Facsimile

JOEL B. ROTHMAN
FL Bar Number: 98220
joel.rothman@sriplaw.com

**SRIPLAW, P. A.**
21301 Powerline Road
Suite 212
Boca Raton, FL 33433
561.404.4335 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff JonPaul Marcel Nadeau*