# UNITED STATES DISTRICT COURT

for the
Middle District of Florida

**JonPaul Marcel Nadeau**
*Plaintiff(s)*

v.

**Top Villas LLC**
*Defendant(s)*

Civil Action No. 8:26-cv-2947-VMC-AAS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address*

Top Villas LLC
Serve: Registered Agent
Thomas Mannings
205 TOWN CENTER BLVD.
DAVENPORT, FL 33896.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

George N. Colville
SRIPLAW, P. A.
41 Madison Avenue
25th Floor
New York, New York 10010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

ArlineAzconaJohnson

Date: September 25, 2026

*Signature of Clerk or Deputy Clerk*

Civil Action No.
8:26-cv-2947

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*________________________________________ was received by me on *(date)* ______________________.

☐ I personally served the summons on the individual at *(place)* _________________________________ ______________________________________________ on *(date)* ___________________ ; or

☐I left the summons at the individual's residence or usual place of abode with *(name)* ______________ _______________________________, a person of suitable age and discretion who resides there, on *(date)* ______________ , and mailed a copy to the individual's last known address: or

☐I served the summons on *(name of individual)* __________________________________, who is designated by law to accept service of process on behalf of *(name of organization)* _________________ ______________________________________________ on *(date)* ___________________ ; or

☐I returned the summons unexecuted because __________________________________________ ; or

☐Other *(specify):*

My fees are $ ___________ for travel and $ __________ for services, for a total of $ ________________.

I declare under penalty of perjury that this information is true.

Date: ___________________

________________________________________________
*Server's signature*

________________________________________________
*Printed name and title*

________________________________________________
*Server's address*

Additional information regarding attempted service, etc.: